Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of

Division

|  |  |
|---|---|
| Brenton Joe Nalley | Case No. __2:26- CV-30__ |
| _____ | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Georgia Dept. of Corrections (Jennifer Clark, warden)

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brenton Joe Nalley |
| All other names by which you have been known: | N/A |
| ID Number | 998794 |
| Current Institution | Long State Prison |
| Address | 1434 Hwy. U.S. 84 East/ Po Box 70 |
| | Ludowici _____ GA _____ 31316 |
| | *City*    *State*    *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jennifer Clark |
| Job or Title *(if known)* | Warden |
| Shield Number | |
| Employer | Georgia Department of Corrections |
| Address | 1434 Hwy U.S. 84 East/ Po Box 70 |
| | Ludowici _____ GA _____ 31316 |
| | *City*    *State*    *Zip Code* |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | BJ.N. ~~Jeff~~ Pamela Dennis |
| Job or Title *(if known)* | Deputy Warden |
| Shield Number | |
| Employer | Georgia Department of Corrections |
| Address | 1434 Hwy U.S. 84 East/ Po Box 70 |
| | Ludowici _____ GA _____ 31316 |
| | *City*    *State*    *Zip Code* |

☐ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

| Defendant No. 3 | B.J.N. |
| --- | --- |
| Name | ~~HA~~ Sgt. Durah |
| Job or Title *(if known)* | Corrections Seargeant |
| Shield Number | |
| Employer | Georgia Department of Corrections |
| Address | 1434 Hwy. U.S. 84 East / Po Box 70 |

Ludowici          GA          31316
City              State        Zip Code

☐ Individual capacity    ☑ Official capacity

| Defendant No. 4 | B.J.N. |
| --- | --- |
| Name | ~~HA~~ Officer Walker |
| Job or Title *(if known)* | Corrections Officer / COII |
| Shield Number | |
| Employer | Georgia Dept. of Corrections |
| Address | 1434 Hwy. U.S. 84 East / Po Box 70 |

Ludowici          GA          31316
City              State        Zip Code

☐ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

They have a frivilous grievance procedure, violate ADA rights, and have created a hostile enviroment in a designated protective custody prison, with retaliation and harassment tactics of cruel and unusual punishment, targeting me, an at risk inmates whove exposed their corruption.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?    N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

---

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I was told by the deputy warden, Pamela Dennis that, if I did not drop grievances on Officers Walker, Durah, and other staff members, she would transfer me eventhough I am here for Protective Custody because I was a confidential informant. Warden Clark upheld this illegal behavior. They have also made false statements

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ]  Pretrial detainee

- [ ]  Civilly committed detainee

- [ ]  Immigration detainee

- [x]  Convicted and sentenced state prisoner

- [ ]  Convicted and sentenced federal prisoner

- [ ]  Other *(explain)*  _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.



B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Statement of Claim that follows.

Page 1

## IV. Statement of Claim

My mother was in a head-on collision while pregnant with me that left both her and I mentally disabled. The physical and chemical effects of the accident caused severe life long effects for me. I'm registered with the state of Georgia mentally disabled. Authorities used my disability and chemical substance abuse to coinerse me into working as a confidential informant for meriweather county Drug Task Force between 2007-2009; under ex-sheriff Steve Whitlock and agents Terry Moultrie and Jay Rogers. Multiple gang members were busted and now have active gang bounty contract hits on my life. I've been nearly murdered in and out side prison walls on multiple occassions, even raped in 2007.

I've suffered from mental disabilities and special Ed

Page 2

and drug addiction self-medication all my life with no help or support...

After nearly being killed this past time when I was sent through Jackson Diagnostics and warden mrs. Smith witnessed the attempt on my life and later got details to my story and protective custody profile put on me on 8-25-22.

On 1-18-23 I was Transferred to Long State prison for protection. From the moment I arrived here at this prison I've been under attack... Constant Threats and Harassment and Cruel and unusual punishment that are tormenting me mentally...

I can not go to any other prison's general population with the gang hits on my life without risk of being killed.

Long State prison is the only prison I'm able to live around others safely for the most part.

page 3

However Corrupt staff members who have had a history of corruption that work here have made this safe place for me a mental Hell. Working with the gangs from the streets to forget me behind these walls...

They've influenced Inmates and gang members and ex-government officials who are incarcerated here to constantly threaten, harass and torment me...

Even target me to get me Disciplinary Transferred or mentally Transferred, To a less secure prison or Tier where I can be more easily murdered... or Attacked! After Filing Reports and Grievances I began to suffer even more Attacks, Harassment and Retaliation...

Page 4

And No-one has done
everything to help me !!!

But used my weakness and
vulnerabilities to further
their ulteror motives
and agendas against
me ....

And instead of helping
me and dealing with
the Corruption, they
are trying to make
me out to be the
problem ...

And instead of Helping
they would rather
hurt me ... and
flush me wf

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

1/18/2023 to present. I am mental health and they will not help me with anything. They have even blocked me from mental health services at the only facility I can safely be at.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I am continuously targeted and harrassed. I am denied mental health services because the counselor made a false allegation against me that, they upheld in Disciplinory Report Court. They do things of this nature to try to make me voluntary come off protective custody or do something so they can transfer me to a less protected prison for her program. Worden Clark, Asst. Warden Dennis, Counselor Bell, AtCounselor Fetterman, Sgt Durah, Sgt. Milliken, Ofc. Wallace, Ofc. Walker are all involved in this.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

It is continuing to cause further mental trauma that, I cannot get help for without being transferred to a less safe enviroment. Plus, I do not want to be in a place of solitary confinement either due to my mental health issues. This is the only facility in the state where I can function and reside safely.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am asking that I be placed on full protective custody status, all personell mentioned to be investigated and terminated, and I be given proper medical and mental health treatment without fear of retaliation. The alternative would be a probated sentence and to be released to attend to my own issues. Also, the people who has caused this mental anguish to pay punative damages sufficient to the mental instability they have caused me. To be determined by the courts. + Nothing Further +

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Long State prison_

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Long State Prison "Kiosk" (55 total) Attachment follow
See Exibit C for dates + grievance numbers

2.    What did you claim in your grievance?

I have complained to the numerous times I have been threatened or my safety compromised due to staff and/or their gross misconduct.

3.    What was the result, if any?

Denied and was once threatened retaliation of transfer by Asst. Warden Dennis if I did not drop certain grievances.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I did appeal and, I either hear nothing back or the warden responds at her level and denies releif.

Exibit C

| | | | | | |
|---|---|---|---|---|---|
| 1 | 2-25-26 | #00953613 | All info | EG | Mental Health |
| 2 | 2-23-26 | #00953531 | Gender | Medical Complaint | |
| 3 | 2-21-26 | 00953473 | ADA | EG | Mental Health |
| 4 | 2-20-26 | 00953441 | Pidderman | G | ADA |
| 5 | 2-18-26 | 00953377 | Class makers witness | GH | |
| 6 | 2-17-26 | 00953322 | F | A | CoC |
| 7 | 2-10-26 | 00953106 | head | EGCOC | |
| 8 | 2-10-26 | 00953105 | Milliken | AH | |
| 9 | 11-24-25 | 00950528 | | Medical Complaint | |
| 10 | 11-27-25 | 00950515 | | GH | |
| 11 | 11-22-25 | Milliken Pass't 00950484 | | EGCOC | |
| 12 | 11-15-25 | Berson deal 00950218 | | EGCOC | |
| 13 | 11-12-25 | Threat Snowplay 00950146 | Big Such Tey Mars Hines | GH | |
| 14 | 11-11-25 | ↓ 00950088 | | GH | |
| 15 | 11-5-25 | Personal deal 00949916 | Tueyet PC's | EGCOC | |
| 16 | 10-16-25 | No Trust Mail ties 00949330 | | ASN | |
| 17 | 9-16-25 | Manning at mental 00948403 | False Dry | Medical Complaint | |
| 18 | 9-15-25 | ↓ 00948358 | ↓ | EGCOC | |
| 19 | 9-15-25 | Dont trust Her mail 00948357 | snitch on people | G Mail | |
| 20 | 9-9-25 | denn one Inmate NW 00948163 | | EGCOC | |
| 21 | 8-18-25 | Copy Griev 00947388 | | GH | |
| 22 | 8-16-25 | Bripet net 00947338 | | A | SEX |
| 23 | 8-16-25 | net nur 00947334 | | EGCOC | |
| 24 | 8-12-25 | Wallace machytix 00947195 | | A | POLICY |
| 25 | 5-19-25 | Walker Inmates 00944427 | | AH | |
| 26 | 5-19-25 | Wallace me Mouthy 00944426 | | A H | |
| 27 | 4-8-25 | No Hold 00943085 | | A | Classification |

55) 3-14-26 #009 54105 Walker

| | | | | |
|---|---|---|---|---|
| 28 | 3-18-25 Ret. | 00942296 | | EGCOC |
| 29 | 3-17-25 Ret. | 00942267 | | EGCOC |
| 30 | 3-13-25 Food | 00942127 | | EGCOC |
| 31 | 3-12-25 Line | 00942085 | | G POLICY |
| 32 | 3-11-25 Inmate Food | 00942035 | | EGCOC |
| 33 | 3-10-25 Medical | 00941990 | | G H |
| 34 | 3-10-25 White sub | 00941989 | | G FOOD |
| 35 | 3-4-25 Threat Retaliat | 00941816 | | G H |
| 36 | 3-1-25 Retaliation | 00941721 | | A H |
| 37 | 3-1-25 white sub leo | 00941729 | | A FOOD |
| 38 | 11-13-24 Walker Retaliation | 00937892 | | G H |
| 39 | 11-7-24 Threat Transfer | 00937688 | | EGCOC |
| 40 | 10-26-24 Walker Advance | 00937238 | | G H |
| 41 | 10-25-24 Gay | 00937214 | | G SEX |
| 42 | 10-14-24 Restrict Area/T | 00936853 | | G ACCESS |
| 43 | 9-21-24 Legal mail | 00936618 | Retaliation Threat | A H Transfer |
| 44 | 3-31-24 G Threat | 00928819 | | EGCOC |
| 45 | 2-14-24 Refuse GG | 00925517 | | A SN |
| 46 | 2-13-24 Walker Threat | 00925473 | | A H |
| 47 | 2-10-24 Refuse Attorney | 00925265 | | A ACCESS |
| 48 | 12-11-23 ADA | 00921019 | Walker Threat Smith | A H Stokes Transfer |
| 49 | 11-8-23 No Leo | 00918353 | | A SN |
| 50 | 10-25-23 No Leo | 00917111 | | EGCOC |
| 51 | 10-24-23 Not Ex-leo | 00917020 | | A SN |
| 52 | 7-31-23 G Threat | 00908791 | | EGCOC |
| 53 | 3-3-26 Dennis Earl Plot | 00953770 | Medical Complaint/Security |
| 54 | 3-2-26 | 00953754 | Medical Complaint/Security |

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

*N/A*

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*N/A*

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Due to my mental health, they deny some grievances because they say I did not word something right or clerical error. I have a hard time and they do not help. They take advantage of my disability.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Page 8 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

   Plaintiff(s)    *Brenton Joe Nally*

   Defendant(s)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

   *US Dept. of Justice,*

3.    Docket or index number

   *#24-OCR-1324    #1:23-CV-05763-LMM-RGV*

4.    Name of Judge assigned to your case

   *Russell G. Vineyard*

5.    Approximate date of filing lawsuit

   *12-22-23    9:20 AM*

6.    Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition.

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   *Dismissed*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?    *No*

Page 9 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _N/A_

Defendant(s)    _N/A_

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_N/A_

3.    Docket or index number

_N/A_

4.    Name of Judge assigned to your case

_N/A_

5.    Approximate date of filing lawsuit

_N/A_

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition    _N/A_

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_N/A_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   3-19-26

Signature of Plaintiff   _Brenton Joe Nalley_
Printed Name of Plaintiff   _Brenton Joe Nalley_
Prison Identification #   _998794_
Prison Address   _Long State Prison 1434 Hwy US 84 E/ PO Box 70_
   _Ludowici_ _GA._ _31316_
   City   State   Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
   _____
   City   State   Zip Code
Telephone Number   _____
E-mail Address   _____

Brenton Joe Nulley's Life Story
Manuscript Pockets sent to
A New Beginning Church Pastor Tom Gardner

1) B-1-350     12-9-24
2) B-351-714     12-9-24
3) I-1-386     2-6-25
4) I-387-778     2-6-25
5) I-779-870     3-17-25
6) I-871-1081     6-6-25
7) B-715-830, I-1082-1119     6-24-25
8) B-831-924, I-1120-1137     7-13-25
9) B-925-998, I-1138-1161     7-23-25
10) B-999-1094     8-3-25
11)
12) B-1095-1156, J-1162-1211     8-11-25
13) B-1157-1200, I-1212-1229     8-16-25
14) B-1201-1224, I-1230-1289     9-14-25
15) B-1225-1250, I-1290-1363     9-27-25
16) B-1251-1338, I-1364-1375     10-7-25
17) B-1339-1434, I-1376-1389     10-13-25
18) Time Line Update 1-75     10-16-25
19) B-1435-1578, I-1390-1421     10-27-25
20) B-1579-1684, I-1422-1429     10-29-25
21) B-1685-1766, I-1430-1457     11-4-25
22) B-1767-1856, I-1458-1467     11-10-25
23) I-1468-1481,     11-17-25
24) % Brian Null     11-23-25
25) B-1857-1940, J-1482-1497, Timeline 76-77     12-12-25

26) B-1941-1982, I-1498-1529                1-18-26
27) I-1530-1543 laffate Ministry/Book Logo X 1-31-26
28) B-1983-2080, I-1544-1547             2-8-26
29) B-2081-2118 , I-1548-1555    - 2-19-26
30) B-2119-2184 , I-1556-1569          3-16-26
31)
32)
33)

I'm writing a Book that explains my whole life story and God gives ministry vision business outline, and exposes the truth behind the government corruption and gang violence I've suffered .... And sending it to this church that these corrupt officials and gangs are trying to steal and target or destroy ... please help me

From: James Aaron Thompson
            GDC # 1001291123
To: Whomever this Concerns

Dear Sir or mam,

    I have been incarcerated around Brenton Joe Nally for two years. I have seen the severity of his mental health issues and how the staff plays off this. They constantly atagonize or do things to provoke him. He has a learning disability to go with this. Before I ever got in trouble, I was a former law enforcement officer. I am not anti-law enforcement however, I am anti-corruption. I am helping him prepare this because of his learning disability and their unwillingness to help him. I pray-tell that, somewhere in this process, someone will grant him some releif in these matters. Hopefully, that will restore some hope in our system that he is very skeptical of. Thank you for the job you do and, the justice that prevails through your work.

                Yours Truly,
                James Aaron Thompson

Brenton Joe Nalley
#998794    A-1-B
Long State Prison
Po Box 70
Ludowici, GA. 31316



INSPECTED BY

MAR 2 3 2026

U.S. Marshals Service/SGA

United States
District Court

Southern District
of Georgia

125 Bull St. Room 304
Savannah, GA. 31401

LONG STATE PRISON
1434 US HWY 84 EAST
LUDOWICI, GA 31316

The enclosed letter was processed through special
mailing procedures for forwarding to you. The letter has
been neither opened nor inspected. If the writer raises
a question or problem over which this facility has
jurisdiction, you may wish to return the material for
further information or clarification. If the writer encloses
correspondence for forwarding to another Addressee,
please return the enclosure to the above address.